

**NUMBER 13-09-00642-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **RAUL J. STEVENS,** | **APPELLANT,** |

**v.**

| | |
|---|---|
| **GILBERTO LUCIO AND ESTELA LUCIO,** | **APPELLEES.** |

### On Appeal from the 103rd District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Raul J. Stevens, appealed a judgment entered by the 103rd District Court of Cameron County, Texas.   On December 2, 2009, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5.   *See* TEX. R. APP. P. 9.5.   The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of

that notice.   On June 15, 2010, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days.   To date, the defect has not been corrected.

The Court, having considered the documents on file and appellant's failure to correct this defect, is of the opinion that the appeal should be dismissed.   *See id.* 37.3, 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed
5th day of August, 2010.